Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHWEST AIR CONDITIONING, INC., a Nevada corporation; GARY R. HALVERSON, an individual,<br><br>Defendants. | Case No. 2:16-cv-02655<br><br>**ORDER GRANTING DEFAULT JUDGMENT** |

Before the Court is Plaintiffs' Motion for Default Judgment against Southwest Air Conditioning, Inc. ("Southwest"), and Gary R. Halverson ("Halverson"). Default having been entered against Southwest and Halverson, the Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

1

16351689

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Defendants Southwest and Halverson, jointly and severally, in the amount of $32,422, representing delinquent contributions, liquidated damages, interest, audit fees and attorneys' fees and costs.

DATED May 23, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiffs*

16351689